**SIGNED** this 16th day of August, 2022.

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Barnette, William Fletcher    xxx-xx-2670 ) | |
| 1401 Saxon Ct. ) | Case No. 20-10427 C-13G |
| Reidsville, NC 27320 ) | |
| ) | |
|            Debtor. ) | |

**ORDER GRANTING MOTION TO MODIFY MORTGAGE**

This case came before the Court for hearing on August 9, 2022, on the Motion filed by the Debtor to modify the mortgage with Community Loan Servicing, LLC and for attorney fees in reference to the Motion. All necessary parties having been given adequate notice of the Motion and hearing, at the hearing the attorney for the Debtor and the Trustee appeared.

The Court finds after hearing on the Motion that the Debtor requests authorization to modify the mortgage in reference to the Debtor's real property commonly known as 1401 Saxon Court, Reidsville, NC 27320 ("real property") with Community Loan Servicing, LLC pursuant to the terms of the loan modification identified as Document 53 filed August 9, 2022, indicating a modified principal amount due of $33,815.00 with interest rate of 10.601% with the loan to mature September 1, 2036 and a principal and interest payment of $382.18 plus escrow currently $154.89 for a current monthly payment effective September 2022 of $537.07. Cause exists to grant the Motion to modify the mortgage with the payment being disbursed through the disbursements by the Trustee in the regular monthly amount in reference to Claim 5 on record in the name of Community Loan Servicing, LLC to change to $537.07 per month effective with the payment for September 2022 and the arrearage claims being paid through the disbursements by the Trustee in reference to Claim 5 to terminate due to the loan modification. The attorney for the Debtor should be allowed a fee in the amount of $350.00 in reference to the Motion with the $350.00 fee to be paid through the disbursements by the Trustee; therefore, it is

ORDERED that the Motion by the Debtor for authorization to modify the mortgage in reference to the Debtor's real property with Community Loan Servicing, LLC is granted pursuant to the terms of the loan modification identified as Document 53 filed August 9, 2022, indicating a modified principal amount due of $33,815.00 with interest rate of 10.601% with the loan to mature September 1, 2036 and a principal and interest payment of $382.18 plus escrow currently $154.89 for a current monthly payment effective September 2022 of $537.07 with the payment being disbursed through the disbursements by the Trustee in the regular monthly amount in reference to Claim 5 on record in the name of Community Loan Servicing, LLC to change to $537.07 per month effective with the payment for September 2022 and the arrearage claims being paid through the disbursements by the Trustee in reference to Claim 5 to terminate due to the loan modification; and, it is further

ORDERED that the attorney for the Debtor is allowed a fee in the amount of $350.00 in reference to the Motion with the $350.00 fee to be paid through the disbursements by the Trustee.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
20-10427 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

WILLIAM FLETCHER BARNETTE
1401 SAXON CT
REIDSVILLE, NC 27320

JOHN T ORCUTT ESQ
6616-203 SIX FORKS ROAD
RALEIGH NC 27615

EDWARD BOLTZ ESQ **(NOT ON MATRIX)**
LAW OFFICES OF JOHN T ORCUTT
1738-D HILLANDALE ROAD
DURHAM NC 27705

ATTN: OFFICER OR MANAGING AGENT
COMMUNITY LOAN SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FLOOR
CORAL GABLES FL 33146

ATTN: OFFICER OR MANAGING AGENT
COASTAL FEDERAL CREDIT UNION
1000 SAINT ALBANS DR STE 200
RALEIGH NC 27609

COASTAL FEDERAL CREDIT UNION
C/O KIRSCHBAUM NANNEY KEENAN & GRIFFIN
PO BOX 19806
RALEIGH NC 27619

ROCKINGHAM COUNTY TAX COLLECTOR
371 NC HIGHWAY 65 SUITE 107
WENTWORTH NC 27375